UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

    Plaintiff,

VS.

TARL BRANDON

    Defendant,

2:09-CR-494-KJD-VCF
2:10-CR-209-KJD-VCF
2:10-CR-407-KJD-RJJ

MINUTES OF THE COURT

Dated: June 6, 2012

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   PEGGIE VANNOZZI     COURT REPORTER: FELICIA ZABIN

PRESENT FOR PLAINTIFF:     BRIAN PUGH AND KATHRYN NEWMAN

PRESENT FOR DEFENDANT:     TODD LEVENTHAL AND STEPHEN STEIN

JURY TRIAL - DAY 3

    Proceedings begin at 9:20 a.m. The jurors are not present. Special Agent Michael Watson is present.

    Mr. Pugh advises the Court that he has 2 additional questions on direct. Mr. Leventhal has no objection to his asking these questions. Mr. Pugh also advises that witnesses the Government will call today will elicit 404(b) testimony. Mr. Leventhal submits on his motion. The Court makes findings for the record and DENIES [89] Defendant's Motion in Limine.

    The jury enters at 9:27 a.m.

    **Corey Smiley** resumes the witness stand. Mr. Pugh and Mr. Leventhal examine the witness. The witness is subject to recall by Defense counsel.

    **Erni Hayne** is sworn to testify as a witness for the Government. Ms. Newman and Mr. Leventhal examine the witness. The witness is excused.

    Proceedings recess from 10:48 AM - 11:12 AM. The jury and all parties are present.

**Roger Earl Ledbetter, Jr.** is sworn to testify as a witness for the Government. Ms. Newman and Mr. Leventhal examine the witness. The witness is excused.

**Alisha Davis** is sworn to testify as a witness for the Government. Ms. Newman dn Mr. Leventhal examine the witness. The witness is excused.

Proceedings recess from 11:47 AM to 1:08 PM. All parties and the jury are present.

**Calvin A. Gribble** is sworn to testify as a witness for the Government. Mr. Pugh and Mr. Leventhal examine the witness. Government's exhibit 45 is marked. The witness is excused.

**Larita Hill** is sworn to testify as a witness for the Government. Ms. Newman examines the witness. *At sidebar: Mr. Stein makes a motion for mistrial. The Court hears argument and DENIES the motion for mistrial.* The witness is excused.

Proceedings recess from 2:40 PM to 3:08 PM. All parties and the jury are present.

**Sheryl Azlin** is sworn to testify as a witness for the Government. Ms. Newman and Mr. Stein examine the witness. The witness is excused.

**Steven Pitkin** is sworn to testify as a witness for the Government. Ms. Newman and Mr. Leventhal examine the witness. The witness is excused.

**Lisa Arlene Isola** is sworn to testify as a witness for the Government. Ms. Newman and Mr. Stein examine the witness. The witness is excused.

**IT IS ORDERED that the jury trial is continued to Thursday, June 7, 2012 at 9:45 AM.**

Proceedings recess at 4:27 PM.

**LANCE S. WILSON, CLERK
UNITED STATES DISTRICT COURT**

/s/ Peggie Vannozzi
DEPUTY CLERK