# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.: 2:09-cr-494-KJD-VCF |
| ) | 2:10-cr-209-KJD-VCF |
| Plaintiff, ) | 2:10-cr-407-KJD-RJJ |
| ) | |
| vs. ) | ORDER |
| ) | |
| TARL BRANDON, ) | |
| ) | |
| Defendant. ) | |

Based upon the pending motion of the United States in the above-captioned matter, and good cause appearing,

**IT IS ORDERED** that the attorney-client privilege in 2:09-cr-494-KJD-VCF, 2:10-cr-209-KJD-VCF, and 2:10-cr-407-KJD-RJJ, shall be deemed waived, and that defense counsel TODD M. LEVENTAL, ESQ. and STEPHEN STEIN, ESQ., shall forthwith provide the United States with an affidavit or declaration containing all materials, information, and responses relating to any and all matters put at issue in the defendant's motion.

DATED this 4th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE