# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | Case Nos.: | 2:09-cr-494-KJD-VCF |
| ) | | 2:10-cr-209-KJD-VCF |
| **Plaintiff,** ) | | 2:10-cr-407-KJD-RJJ |
| ) | | |
| **vs.** ) | **ORDER** | |
| ) | | |
| **TARL BRANDON,** ) | | |
| ) | | |
| **Defendant.** ) | | |

Based upon the pending motion of the United States in the above-captioned matter, and good cause appearing,

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for April 2, 2013 at 9:00 a.m., be vacated and continued until May 14, 2013, at the hour of 9:00 a.m.

DATED this 29 day of March 2013.

_____
UNITED STATES DISTRICT JUDGE